Circulated 10/16/2018 12:21 PM

J-E01002-18

J-E01003-18

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KEITH FIELDS | : | |
| | : | |
| Appellant | : | No. 1069 WDA 2016 |

Appeal from the Judgment of Sentence Entered April 5, 2016
in the Court of Common Pleas of Allegheny County
Criminal Division at No(s):
CP-02-CR-0004803-2012
CP-02-CR-0004806-2012

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GERALD HOWARD DAVIS, JR. | : | |
| | : | |
| Appellant | : | No. 445 WDA 2016 |

Appeal from the Judgment of Sentence Entered February 19, 2016
in the Court of Common Pleas of Allegheny County
Criminal Division at No(s):
CP-02-CR-0004831-2012
CP-02-CR-0004834-2012

**PER CURIAM ORDER**

The Court, being divided, the Order of the Court of Common Pleas

is affirmed.

OPINION IN SUPPORT OF AFFIRMANCE BY BENDER, P.J.E.  Panella, J.,
Lazarus, J., and Dubow, J. join.

OPINION IN SUPPORT OF REVERSAL BY OLSON, J.  Shogan, J. and Murray, J. join.

OPINION IN SUPPORT OF AFFIRMANCE BY STABILE, J.  Kunselman, J. joins.


PER CURIAM